REC'D U.S. MARSHAL MPLS
JUN 24 '25 PM4:04

AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
JUL 0 7 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

~~SEALED~~

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Larry McGee (1)

*Defendant*

Case No. 25-cr-251 (JWB/SGE)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Larry McGee,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1 - Conspiracy to Distribute Fentanyl, 21:841(a)(1) and 846; Count 2 - Possession with Intent to Distribute Fentanyl, 21:841(a)(1) and 841(b)(1)(B).

Date: 06/24/2025

*Issuing officer's signature*

City and state:   Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date:
ARRESTED ON 6/26/2025
ARRESTED BY FBI-WCCAP
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
JUL 0 8 2025
U.S. DISTRICT COURT MPLS