UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 25-251(2) (KMM/SGE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION FOR** |
| vs. | ) | **RELEASE FROM CUSTODY** |
| | ) | |
| DANIELLE ROBBERSTAD, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Danielle Robberstad, through undersigned counsel, hereby moves the

Court for an Order permitting her to be released from detention for the purpose of

attending residential for substance abuse treatment. The grounds for this motion are that

there has been a change in circumstances underlying the prior order of detention

consisting of the bench warrants in Hennepin County District Court being vacated, and

Mr. Robberstad has been accepted into a residential treatment program. An additional

changed circumstance is that Ms. Robberstad has had seven months of sobriety while

incarcerated.

At the time of Ms. Robberstad's federal arrest and detention in this case, probation

submitted an Amended Pretrial Services Report which recommended detention, but also

recommended that if her two active felony warrants in Hennepin County District Court

were resolved, and Ms. Robberstad committed to recommendations for inpatient or

outpatient programming, a motion for reconsideration of detention be filed. (Doc. 64 at

7). At the detention hearing, the Magistrate Judge stated, "the Court will note in the

detention order that she will be able to reopen the issue of detention if she gets the Hennepin County hold straightened out and that the Court will -- would find that that would be contemplated as a changed circumstance." (7/8/26 Hearing Transcript, Doc. 120 at 13:12-16). The Order of Detention followed its finding that no conditions or combination of conditions could reasonably assure Ms. Robberstads's appearance at future proceedings with the statement, "In particular, the Court rests its decision on the defendant's two active warrants. The Court will view resolution of those warrants and the availability of space at inpatient treatment to be grounds for reopening detention." (Doc. 115 at 4).

One of Ms. Robberstad's two warrants was recalled when the underlying case was dismissed on November 20, 2025. (See Attached Exhibit 1). The other warrant was recalled on February 25, 2026 when Ms. Robberstad admitted to a probation violation. (Attached Exhibit 2 - Excerpt of Docket Sheet). Yesterday Ms. Robberstad was accepted into a residential treatment program. (Attached Exhibit 3 - filed under seal). Pursuant to the prior understandings set forth by the Court, Ms. Robberstad seeks release in order to be able to undergo treatment. She will not pose a risk of flight where her state cases of have been resolved, she has no outstanding warrants, and will not be apprehended by state authorities if released. There is for more benefit to Ms. Robberstad and the community if she is able to spend the next 1-2 months working on recovery from her drug addiction rather than being warehoused in the county jail were there is no opportunity for

productive activity. During her seven months of incarceration, Ms. Robberstad has been able to contemplate her situation, gain more self-awareness, and her drug dependency is greatly reduced. After she successfully completes residential drug treatment, Ms. Robbestad requests release to the community with continued recommended outpatient treatment and other conditions of supervision that the Court deems appropriate.


Dated:  February 27, 2026                    LAW OFFICE OF JORDAN S. KUSHNER

                                             By s/Jordan S. Kushner
                                                Jordan S. Kushner, ID 219307
                                                Attorney for Defendant
                                                431 South 7th Street, Suite 2446
                                                Minneapolis, Minnesota  55415
                                                (612) 288-0545
                                                jskushner@gmail.com